GUSTIN ET AL., APPELLEES, *v*. CHANEY ET AL, APPELLANTS.

[Cite as *Gustin v. Chaney*, **112 Ohio St.3d 102, 2006-Ohio-6509.**]

*Evidence — Damages — Collateral-source rule — Court of appeals' judgment affirmed on the authority of Robinson v. Bates.*

(No. 2006-0655 — Submitted November 15, 2006 — Decided December 27, 2006.)

APPEAL from the Court of Appeals for Highland County, No. 05CA7, 2006-Ohio-1049.

_____

{¶ 1}  The judgment of the court of appeals is affirmed on the authority of *Robinson v. Bates*, 112 Ohio St.3d 17, 2006-Ohio-6362, 857 N.E.2d 1195.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

_____

Gary D. Ostendarp and Paul N. Herdman, for appellees.

Droder & Miller Co., L.P.A., Bradley A. Powell, and Jeffrey T. Kenney, for appellants.

_____